Alex THOMANN, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6560. In Error to the District Court of the United States for the Eastern District of Missouri. Roland Van Hoefen, of St. Louis, Mo., for plaintiff in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

*Certiorari denied 44 Sup. Ct. 334, 68 L. Ed. ——.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.